

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2020

No. 04-19-00878-CR

Thomas Robert **GILCHRIST**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2017-04-13013-CR
Honorable H. Paul Canales, Judge Presiding

# O R D E R

On January 27, 2020, we ordered appellant to file a response showing why his appeal should not be dismissed for want of jurisdiction by February 26, 2020. On February 25, 2020, appellant filed a motion requesting an extension of time to file his response. After consideration, we **GRANT** appellant's request for an extension and **ORDER** appellant to file his response **by March 30, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court